IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and<br>TEVA SANTÉ S.A.S.<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>UNIMARK REMEDIES LTD.<br><br>　　　　　Defendant. | C.A. No. 15-117-GMS |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs CEPHALON, INC. and TEVA SANTÉ S.A.S. hereby dismiss their claims against UNIMARK REMEDIES LTD. without prejudice.

Dated:  March 16, 2015　　　　　　　　FISH & RICHARDSON P.C.

　　　　　　　　　　　　　　　　　　　By: */s/ Douglas E. McCann*
　　　　　　　　　　　　　　　　　　　　　Douglas E. McCann (#3852)
　　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, 17th Floor
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 652-5070
　　　　　　　　　　　　　　　　　　　　　dmccann@fr.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs CEPHALON, INC. and*
　　　　　　　　　　　　　　　　　　　*TEVA SANTÉ S.A.S.*

80145570.doc